IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

      **v.**

**$65,580.00 IN UNITED STATES CURRENCY,**

**Defendant.**                             **No. 10 - 00522 - DRH**

## JUDGMENT AND DECREE FOR FORFEITURE

**HERNDON, Chief Judge:**

A default having been entered as to James Hartsfield, Arabis Hampton, and all interested parties in the above case on March 22, 2011 (Doc. 14), all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against said defaulted defendants and having filed a proper motion with me as to the requested relief;

On July 15, 2010, a Verified Complaint for Forfeiture against the defendant, more further described as:

**$65,580.00 in United States Currency**

was filed on behalf of the plaintiff, United States of America. The Complaint

alleges that said currency constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, and money used to facilitate in violation of 21 U.S.C. § 801 *et seq.* and is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the United States Marshal for this District seized said property on September 29, 2010;

That notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning September 6, 2010.

That the claim and pleadings of James Hartsfield were withdrawn, and James Hartsfield was defaulted on March 22, 2011 (Doc. 14);

That all other interested parties were defaulted on March 22, 2011 (Doc. 14);

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment and Decree of Forfeiture, the property, more further described as:

**$65,580.00 in United States Currency**

is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law by the United States Marshal.

It is hereby **ORDERED** and **ADJUDGED** that judgment is entered in favor

of the plaintiff, United States of America, and against the defendant as described above.

**IT IS SO ORDERED.**

Signed this 12th day of April, 2011.

Digitally signed by David R. Herndon
Date: 2011.04.12 13:02:05 -05'00'

**Chief Judge**
**United States District Court**